**2010–1545. State v. Phillips.**

Hamilton App. No. C–090496. Discretionary appeal accepted; cause held for the decision in 2009–1997,

*State v. Hodge,* Hamilton App. No. C–080968; and briefing schedule stayed.

PFEIFER, J., dissents.